# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | | |
|---|---|---|
| **MICHAEL KACMARIK,** | : | **CASE NO: 1:15-CV-2062** |
| **Plaintiff,** | : | **Judge Christopher Boyko** |
| v. | : | **Magistrate Judge Jonathan Greenberg** |
| **STEWART L. MITCHELL,** | : | **PLAINTIFF'S MOTION FOR CONTINUANCE OF TRIAL DATE DUE** |
| **Defendant.** | : | **TO FAMILY EMERGENCY** |

Plaintiff respectfully requests a continuance of the jury trial scheduled to begin on Monday July 29, 2019 at 8:30 a.m.  Plaintiff requests this continuance because one of his attorney's, Ms. Bratton, learned today that she will be unable to attend the trial due to a family emergency.  Ms. Bratton is the primary caregiver for her mother who has a chemotherapy resistant cancer and was unexpectedly hospitalized today with a serious condition.  As a result of her mother's condition, Ms. Bratton will be unable to participate in the trial this week.  After considering all his options, Plaintiff has decided that he would like to have the best representation possible at trial, even if it means a delay in starting the trial.

In an effort to be efficient, Ms. Bratton has taken the lead in preparing the case for trial.  While Gerhardstein & Branch's associate M. Caroline Hyatt entered an appearance this afternoon when Ms. Bratton's ability to participate at trial next week became doubtful, she does not have any knowledge of the facts of the case and would be unable to help try the case.

Due to the timing of this motion, Plaintiff has not had the opportunity to ask defense counsel if they will object to the motion.

Respectfully submitted,

/s/ Jennifer L. Branch

>Jennifer L. Branch (0038893)
>Trial Attorney for Plaintiff
>Janaya Trotter Bratton (0084123)
>Attorney for Plaintiff
>Gerhardstein & Branch Co. LPA
>441 Vine Street, Suite 3400
>Cincinnati, Ohio 45202
>Tel (513) 621-9100
>Fax (513) 345-5543
>jtbratton@gbfirm.com
>jbranch@gbfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

>s/Jennifer L. Branch
>Attorney for Plaintiff